DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DELENO SPENCER MADARIAGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0386

————————————————

May 27, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Peter Nicholas Nazaretian, Judge.

Deleno Spencer Madariaga, pro se.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.